NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH BUTLER, SR.,**

*Plaintiff-Appellant*

**v.**

**BALKAMP INC., NATIONAL AUTO PARTS ASSOCIATION, GENUINE PARTS COMPANY CORPORATION,**

*Defendants-Appellees*

**TIEN-I INDUSTRIAL CORPORATION, LIMITED, YUH YEOU INDUSTRY CO., LTD.,**

*Defendants*

---

2014-1852

---

Appeal from the United States District Court for the Southern District of Indiana in No. 1:12-cv-01716-SEB-DML, Judge Sarah Evans Barker.

---

**JUDGMENT**

---

NIRAJAN MAN SINGH, Ditthavong & Steiner, Alexandria, VA, argued for plaintiff-appellant. Also represented by JOSEPH J. ZITO, DNL ZITO, Washington, DC.

JOHN MAURICE BOWLER, Troutman Sanders LLP, Atlanta, GA, argued for defendants-appellees.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* BRYSON and HUGHES, *Circuit Judges*).
### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| 06/05/2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |